UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-33316 |
|---|---|
| Britton C Almy | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | Britton C Almy<br>1750 Laurel Creek Drive<br>Troy, OH  45373 | 90.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

<mark>
</mark>

Certificate of Service          10-33316

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Britton C Almy
1750 Laurel Creek Drive
Troy, OH  45373

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(22.1n)
ALISON A GILL
655 COOPER RD
WESTERVILLE, OH  43081

(20.1n)
ERIN A JOCHIM
LERNER, SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(21.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(18.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(17.1n)
USAA
BOX 829009
DALLAS, TX  75382

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner                              sv